# SPAHN-BRECKINRIDGE & ASSOCIATES, INC. 

17 W 480 LAKE STREET
ADDISON, IL 60101
630-941-0066

FAX NUMBER 630-941-0636                           ILLINOIS DETECTIVE AGENCY #117-000498

August 20, 2015

GLAPION LAW FIRM
1704 MAXWELL DRIVE SUITE 102
WALL, NJ 07719

JEREMY M. GLAPION
ATTORNEY AT LAW

Our File #: 15S-082001
ERIN PAULEY
VS
HALSTED FINANCIAL SVCS LLC
Client File #: NO 15 C 7226

## FIRST AND FINAL REPORT

ENCLOSURE:

1. Summons In A Civil Action (Copy), with Proof of Service – Halsted Financial Services, LLC.

DEFENDANT:

HALSTED FINANCIAL SERVICES, LLC

On Wednesday, August 19, 2015, at 11:50 a.m., the defendant corporation was served at their operating location, 8001 N. Lincoln Avenue, Suite 500 (please change this for your records), Skokie, IL 60077, with service being effected through Office Manager, Mike Novak.

Mike Novak is a male white, 43 years of age, 6'4" tall, weighs 285 lbs., and has brown hair.

Your office was notified of this service on Thursday, August 20, 2015, via email.

CONCLUDING REMARKS:

As this completes the handling of this assignment, we are closing our file and submitting our fee bill for services rendered.

15S-082001

Very truly yours,

Spahn-Breckinridge & Associates

SBA/lc

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Erin Pauley, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 15 C 7226 | |
| Halstead Financial Services, LLC, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Halsted Financial Services, LLC
c/o ILLINOIS CORPORATION SERVICE COMPANY, Registered Agent
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, ILLINOIS 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Grant Brown
Jeffrey Grant Brown, P.C.
221 North LaSalle Street
Suite 1414
Chicago, Illinois 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 18, 2015

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

*Signature of Clerk or Deputy Clerk*

August 18, 2015

DATE

Civil Action No. 15 C 7226

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Halsted Financial Services, LLC
was received by me on *(date)* August 19, 2015

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Office Manager Milko Nomk , who is
designated by law to accept service of process on behalf of *(name of organization)* Halsted Financial
Services, LLC on *(date)* August 19, 2015 at 11:50 A.M.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

~~My fees are $ _____ for travel and $ _____ for services, for a total of $~~ 0 .

I declare under penalty of perjury that this information is true.

Date: August 20, 2015

Wm. L. Shurtleff
*Server's signature*

Wm. L Shurtleff - Private Investigator
*Printed name and title*

Sworn to and subscribed before me this 20th
day of August, 2015.
Witness my hand and official seal.
Notary Public Lena A. Conforti

17 W 480 Lake Street
*Server's address*
Addison, IL 60101

Additional information regarding attempted service, etc:

OFFICIAL SEAL
LENA A CONFORTI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/17/16