UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Erin Pauley

                        Plaintiff,

v.                                          Case No.: 1:15−cv−07226
                                               Honorable Edmond E. Chang

Halsted Financial Services, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2015:

        MINUTE entry before the Honorable Mary M. Rowland: Settlement conference set for 12/16/15 is stricken and reset for 1/13/2016 at 01:30 PM. Parties are to exchange position letters prior to the settlement conference. Plaintiffs shall provide Defendants with a demand letter by 12/30/15. Defendants have 7 days thereafter to respond. Plaintiffs shall submit copies of all letters exchanged by the parties to Settlement_Rowland@ilnd.uscourts.gov by 1/6/15. Parties should also review and comply with Judge Rowland's standing order regarding settlement conferences which can be found on the Court's website at www.ilnd.uscourts.gov. Mailed notice(mb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.